**Electronically Filed**
**Supreme Court**
**SCWC-20-0000590**
**06-AUG-2025**
**10:31 AM**
**Dkt. 18 OGAC**

SCWC-20-0000590

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. GREENSPON,
Petitioner/Plaintiff-Appellant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY; OCWEN LOAN SERVICING,
LLC; JAMES BLAINE ROGERS III; J. BLAINE ROGERS III, ALC;
ALAN JARREN MA; and DENTONS US LLP,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000590; CASE NO. 2CC191000092)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on June 6, 2025, is hereby accepted.

Pursuant to Hawaiʻi Rules of Appellate Procedure

("HRAP") Rule 28(b)(4)(D), the parties are invited to file

supplemental briefs within twenty days of this order addressing

whether the Intermediate Court of Appeals' ("ICA") determination

that petitioner's fraud claim survives to the extent it alleged

"fraud upon the court" is consistent with:

(1) this court's opinion in <u>James B. Nutter & Co. v. Namahoe</u>, 153 Hawaiʻi 149, 153, 528 P.3d 222, 226 (2023);

(2) the ICA's opinion in <u>Domingo v. James B. Nutter & Co.</u>, 153 Hawaiʻi 584, 616, 543 P.3d 1, 33 (App. 2023);

(3) the ICA's June 14, 2016 memorandum opinion in <u>Greenspon v. Deutsche Bank Nat'l Tr. Co.</u>, No. CAAP-13-0001432, 2016 WL 3280366 (Haw. App. June 14, 2016); and

(4) the August 5, 2020 vexatious litigant order in <u>Greenspon v. Deutsche Bank Nat'l Tr. Co.</u>, Case No. 2CC191000092.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2